THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Donald Cleo
 Pass, Appellant.
 
 
 
 
 

Appeal From Oconee County
 J. Cordell Maddox, Jr., Circuit Court
Judge

Unpublished Opinion No. 2011-UP-018
 Submitted November 1, 2010  Filed January
25, 2011    

AFFIRMED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant Attorney General Harold M. Coombs, Jr., all of Columbia;
 and Solicitor Christina T. Adams, of Anderson, for Respondent.
 
 
 

PER CURIAM:   Donald Cleo Pass appeals his
 conviction and sentence for third-degree burglary, arguing the trial court
 erred in denying his motion for a directed verdict.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and
 the following authorities: S.C. Code Ann. § 16-11-313(A) (2003) ("A person is guilty of
 burglary in the third degree if the person enters a building without consent
 and with intent to commit a crime therein."); State v. Stanley,
 365 S.C. 24, 41, 615 S.E.2d 455, 464 (Ct. App.
 2005) ("On appeal from the denial of a
 directed verdict in a criminal case, an appellate court must view the evidence
 in the light most favorable to the State. When ruling on a motion for a
 directed verdict, the trial court is concerned with the existence or
 nonexistence of evidence, not its weight.") (internal citations omitted).  
AFFIRMED.
THOMAS,
 PIEPER, and GEATHERS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.